# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

CHARLOTTE WEATHERFORD,   )    3:10-CV-0729-RCJ (VPC)
                      )
       Plaintiff,   )    **MINUTES OF THE COURT**
                      )
    vs.            )    July 15, 2013
                      )
NEVADA RURAL HOUSING   )
AUTHORITY, et al.,         )
                      )
       Defendants.   )
_____)

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:       LISA MANN       REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     Plaintiff's motion for transcripts at government expense (#73) is **GRANTED**.  The Clerk of Court is instructed to order the preparation of transcripts for the proceedings on October 25, 2011 (#37) and March 26, 2012 (#60).  The transcripts shall be prepared in the normal course at government expense pursuant to 28 U.S.C. § 753(f).

     **IT IS SO ORDERED.**

                      LANCE S. WILSON, CLERK

                By:_____/s/_____
                         Deputy Clerk